IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARON K. RANKIN, | ) | Case No. 7:08-cv-05005 |
| Plaintiff, | ) | |
| vs. | ) | **MOTION FOR REMAND** |
| W.K. STETSON, MD, a licensed Physician; C.A. Sutera, MD, a licensed Physician; CHADRON MEDICAL CLINIC, PC, a Nebraska Professional Corporation; and DOES I – X, inclusive. | ) | |
| Defendants. | ) | |

Drs. Stetson and Sutera and Chadron Medical Clinic, P.C., through undersigned counsel and pursuant to 28 U.S.C. §1447(c) hereby move this Court for an order remanding the case to the District Court of Dawes County, Nebraska. This Motion is supported by the Brief in Support of Motion for Remand of even date herewith.

WHEREFORE, Movant requests that the Court remand this case to the District Court of Dawes County, Nebraska.

Dated this 2nd day of July, 2008.

LONNIE R. BRAUN NSBA # 22273
Attorneys for Defendants
THOMAS BRAUN BERNARD & BURKE, LLP
4200 Beach Drive, Suite 1
Rapid City, SD 57702
(605) 348-7516

## CERTIFICATE OF SERVICE

I, Lonnie R. Braun, attorney for Defendants do hereby certify that a true and correct copy of the within and foregoing **MOTION FOR REMAND** was electronically mailed and mailed by first-class mail, postage prepaid thereon, to the following:

Robert Chaloupka
Maren Chaloupka
rpc@chhsclaw.net
mlc@chhsclaw.net
Chaloupka, Holyoke, Hofmeister, Snyder
    & Chaloupka, LLO
P.O. Box 2424
Scottsbluff, NE 69363-2424

by depositing the same in the United States Post Office at Rapid City, South Dakota, this 3rd day of July, 2008.

_____
LONNIE R. BRAUN NSBA # 22273