```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| SHARON K. RANKIN, | ) | |
| | ) | |
| Plaintiff, | ) | 7:08CV5005 |
| | ) | |
| v. | ) | |
| | ) | |
| W. K. STETSON, M.D., | ) | ORDER |
| A licensed Physician, | ) | |
| C. A. SUTERA, M.D. | ) | |
| A licensed Physician, | ) | |
| CHADRON MEDICAL CLINIC, P.C., | ) | |
| A Nebraska Professional | ) | |
| Corporation, and | ) | |
| DOES I-X, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's motion for time, filing 9, is granted and plaintiff is given to July 17, 2008 to respond to defendant's motion for remand.

DATED this 14th day of July, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge