```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

SHARON K. RANKIN,               )
                                )
          Plaintiff,            )         7:08CV5005
                                )
     v.                         )
                                )
W. K. STETSON, M.D., A          )         ORDER
licensed Physician, C. A.       )
SUTERA MD, A licensed           )
Physician, CHADRON MEDICAL      )
CLINIC, PC, A Nebraska          )
Professional Corporation, and   )
DOES I-X, inclusive,            )
                                )
          Defendants.           )
                                )
```

IT IS ORDERED:

Plaintiff's motion for time, filing 11, is granted and plaintiff is given to August 8, 2008 to respond to defendant's motion for remand.

DATED this 5th day of August, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge