```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| SHARON K. RANKIN, | ) | |
| | ) | |
| Plaintiff, | ) | 7:08CV5005 |
| | ) | |
| v. | ) | |
| | ) | |
| W. K. STETSON, M.D., A licensed Physician, C. A. SUTERA, M.D. A licensed Physician, CHADRON MEDICAL CLINIC, P.C., A Nebraska Professional Corporation; and DOES I-X, inclusive, | ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

Upon consideration of the defendants' motion to remand and the plaintiff's concession of the motion,

IT THEREFORE HEREBY IS ORDERED,

The motion, [filing 5](filing 5), is granted, and this matter is remanded to the District Court of Dawes County, Nebraska. The clerk shall forthwith provide copies of all documents in this file to the clerk of that court.

DATED this 11th day of August, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge